JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JESUS ANGEL BELTRAN, | ) | Case No.: 2:25-cv-05949-JDE |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT OF REMAND |
| FRANK BISIGNANO, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Remand (Dkt. 12, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 2, 2025

JOHN D. EARLY
United States Magistrate Judge